RECEIVED

MAY 15 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

EDGAR L. ROGERS           CIVIL ACTION NO. 14-cv-0425

VERSUS           JUDGE WALTER

RAYCOM MEDIA, INC., ET AL           MAGISTRATE JUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Attorney Fees (Doc. 49)** is **denied as untimely**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 15 day of May, 2015.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE